# EXHIBIT 1

# AGREEMENT
## Between
## United Food and Commercial Workers Union
## Local 1995 – Hermitage, TN
## and
## Schreiber Foods, Inc. – Antioch, TN

## Table of Contents

AGREEMENT ............................................................................ 2
INTENT AND PURPOSE ....................................................... 2
ARTICLE 1 – COVERAGE ..................................................... 2
ARTICLE 2 – UNION SECURITY/SHOP CONDITIONS ...... 2
ARTICLE 3 – CHECK-OFF ..................................................... 3
ARTICLE 4 – NO STRIKE NO LOCKOUT ............................ 4
ARTICLE 5 – MANAGEMENT RIGHTS ............................... 4
ARTICLE 6 – NON-DISCRIMINATION ................................ 5
ARTICLE 7 – GRIEVANCE PROCEDURE ............................ 5
ARTICLE 8 – SENIORITY ...................................................... 7
ARTICLE 9 – JOB POSTING .................................................. 9
ARTICLE 10 – HOURS OF WORK ....................................... 11
ARTICLE 11 – HOLIDAYS .................................................... 12
ARTICLE 12 – VACATIONS .................................................. 13
ARTICLE 13 – LEAVES OF ABSENCE ................................ 15
ARTICLE 14 – BULLETIN BOARDS .................................... 16
ARTICLE 15 – UNIFORMS & CLOTHING ........................... 16
ARTICLE 16 – LEGAL REGULATIONS ............................... 17
ARTICLE 17 – HEALTH AND WELFARE BENEFITS .......... 17
ARTICLE 18 – PENSION ........................................................ 19
ARTICLE 19 – WAGE RATES - RATE STRUCTURE ........... 19
ARTICLE 20 – TERM OF AGREEMENT ............................... 20
EXHIBIT 1 Wage Rate Schedule ........................................... 21
EXHIBIT 2 Safework Certification ......................................... 23
EXHIBIT 3 Food Safety Certification ..................................... 25
EXHIBIT 4 Plant Quality Audit Certification ......................... 27
EXHIBIT 5-A Comprehensive Health Plan ............................ 29
EXHIBIT 5-B Health Plan Contributions ............................... 30

## TERM OF AGREEMENT
## October 5, 2008 through October 6, 2012

# AGREEMENT

This Agreement made this 5th day of October, 2008 between Schreiber Foods, Inc., Nashville facility, Antioch, Tennessee (hereinafter referred to as the "Company") and United Food and Commercial Workers Local 1995, AFL-CIO, CLC, Hermitage, TN (hereinafter referred to as the "Union").

# INTENT AND PURPOSE

In consideration of the mutual promises herein specified and for the purpose of creating a working Agreement between the Company and the Union relative to and hereinafter described partners of the Company, the parties agree to as follows:

# ARTICLE 1 – COVERAGE

The Company recognizes the Union as the exclusive collective bargaining agency for all production and maintenance partners at Schreiber Foods, Inc., Nashville facility, 4350 Hurricane Creek Blvd., Antioch, Tennessee 37013. Excluded are the following who are supervisors within the meaning of the Act: Leadership partners (Team Advisors, Team Leaders, Plant Managers); office and clerical partners, salesmen, truck drivers, or engineers.

The Company agrees not to enter into any agreement or contract with its partners, individually or collectively, which in any way conflicts with the terms and provisions of this agreement.

The word "partner" will be synonymous with the word "employee" throughout this Agreement.

# ARTICLE 2 – UNION SECURITY/SHOP CONDITIONS

## Section 1

No Production Leader will perform Bargaining Unit Work except in case of emergency, to instruct Bargaining Unit Partners, or to temporarily replace a partner late or absent from work.

It is mutually agreed that Production Leaders and Engineers will not replace a Full-time partner permanently.

Temporary (agency), Part-time and Supplemental partners will be used by the Company as needed to supplement the workforce. Temporary partners will not work directly for the Company. Temporary, Supplemental and Part-time partners may not be used while regular partners are on layoff status. If in a calendar year the Company uses a Temporary (Agency) partner in excess of 500 hours, then such partner's name and the date they first began working at the plant will be included in the report sent to the Union. If the Union believes the use of temps is becoming excessive, the Company agrees to meet and discuss the matter.

2

The Company may use Supplemental partners during times when the need for partners surges in the late spring and summer months, when regular partners use vacation and during the fall busy season. A Supplemental partner will be employed by the Company for no longer than six (6) consecutive months (without at least a thirty [30] calendar day break in service).

Part-time partners may be used for shifts of less than a full day or less than five (5) days per week.

Temporary, Supplemental or Part-time partners will not be eligible for the benefit package or for shift differential as described herein. Part-time and Supplemental partners will be considered first for regular Full-time openings if they so desire. Consideration is based upon their performance, test scores and other job related criteria. The original hire date will be considered in the completion of fulfilling their probationary period.

In the event of a layoff, Part-time and Supplemental partners will be laid off first and have seniority amongst themselves. Part-time and Supplemental partners are bargaining unit partners.

Notwithstanding any other language in the contract to the contrary, it is understood that before scheduling any regular, Full-time partner off during the week (Monday through Friday) (except when the partner requests it) the Company will offer production work to such a partner on a voluntary basis at the Production Worker/Group I rate provided the partner can perform the job that needs to be performed. If no Temporary, Part-time or Supplemental partners are working at the Company on that prospective off day, this provision is not applicable.

Operators who are scheduled on a Monday through Friday schedule and are temporarily assigned to another area will not be impacted by the paragraph above.

**Section 2**
The Company will permit an authorized representative or representatives of the Union access to the plant at all hours when partners are working therein for the purpose of contacting and communicating with the partners provided they sign in/out and comply with all visitor requirements. However, the orderly operation of the plant shall not be hindered.

# ARTICLE 3 – CHECK-OFF

**Section 1**
The Company shall deduct monies each pay period from the pay of the partners in the bargaining unit who individually certify, in writing, authorization for such deductions (Dues, Initiation Fees, etc.). The Company shall promptly remit all sums deducted in this manner to UFCW Local 1995 each pay period. The Company shall remit all deductions to the President, Secretary-Treasurer, or other authorized Union Representative, after such deductions have been made. The deduction authorization form(s) shall be furnished to the Company by the Union.

The Union agrees to furnish the Company with a statement setting forth the authorized dues rates.

3

**Section 2**
The Company will make deductions and remit each pay period from partners who have signed an Active Ballot Club Check-Off Card (ABC) and the money collected will be forwarded to the President of UFCW Local 1995.

**Section 3**
Once each period (13 times per year) the Company will notify the Union in writing of all members and non-members as well as all partners hired, laid off, terminated, reinstated, or permanently transferred into this bargaining unit within the previous period. All reports will reflect the partner name, address, social security number, date of birth, date of hire, job title and rate of pay. Addresses, social security numbers, and dates of birth will be provided for members only.

**Section 4**
The Company will transmit the information specified in this Article in an electronic manner and format agreeable to the parties (i.e. Microsoft Excel). The Company further agrees to transmit the accrued dues, initiation fees, ABC funds, etc. through Automatic Clearing House (ACH) or other similar electronic transfer methods.

## ARTICLE 4 – NO STRIKE NO LOCKOUT

The Company agrees that there will be no lockout during the term of this Agreement.

The Union agrees that there will not be any complete or partial strikes, picketing, slowdowns, boycott, sympathy strikes, or any other disruption of or interference with work during the terms of this Agreement irrespective of whether the underlying dispute is arbitrable under this Agreement. Partners in the Bargaining Unit shall not participate in any sympathy strike or refuse to cross a picket line whether at the Company's premises or elsewhere, nor shall any partner refuse to perform any services related to any work which the Company undertakes to perform for any other Company or person.

When a partner is disciplined for violating this section, only a claim that the partner did not, in fact, violate it is reviewable through the grievance process. Should differences arise between the Company and the Union or the partners, such differences shall be settled in accordance with the grievance procedure.

## ARTICLE 5 – MANAGEMENT RIGHTS

**Section 1**
It is agreed that nothing in this Agreement shall limit the Company in the exercise of its function of management such as the right to hire new partners from any source it may desire, and to direct the work force, to promote, demote, transfer, discipline, suspend or discharge for just cause, to lay off partners because of lack of work, the methods and schedules of production, and the right to set the quantity and quality of work, to determine the size of the working force and the location and relocation of its plants. It is agreed that management maintains and retains all of its managerial rights including the determination of

4

the existence or nonexistence of facts which are the basis for management decisions and that such rights are all vested solely and exclusively in the Company unless contracted away by this Agreement and, further, that the enumeration of management rights herein shall not be deemed to exclude any other management rights provided that this will not be used for the purpose of discrimination against any partner or the Union or to avoid any provision in this Agreement.

### Section 2
The Company will formulate reasonable rules to govern (1) working conditions of the partners, and (2) for the regulation of conduct of all partners subject to the Union right to invoke the grievance procedure to challenge in a timely manner the reasonableness of such rules. The Company will notify the Union at least thirty (30) calendar days before initiating any new rules or changing the existing rules unless applicable laws force immediate action.

## ARTICLE 6 – NON-DISCRIMINATION

### Section 1
The Company and the Union agree that there shall be no discrimination against any partner because of race, creed, color, religion, sex, age, qualified disability, national origin or status as a disabled veteran or veteran of the Vietnam era, in accordance with federal, state and local civil rights laws.

The Union and the Company agree that for the life of this Agreement neither party shall discriminate, coerce, intimidate, restrain, or interfere with any partner because of Union membership status.

### Section 2
The Company is not opposed to the Union and, when hiring and orienting new partners, shall not discriminate in any way because of, or oppose Union Membership.

### Section 3
When the masculine or feminine gender is used in any job title or any provision of this Agreement, its use is solely for the purpose of illustration and is not in any way intended to designate the sex of the partner eligible for the position or the benefits provided by this Agreement.

## ARTICLE 7 – GRIEVANCE PROCEDURE

### Section 1
It is agreed that the Union may elect or appoint Shop Stewards from among the partners. He/she will be allowed the necessary time off (for which they shall be paid in the First, Second, and Third Steps of the grievance procedure set forth in this Article for such time as it is necessary for them to be away from their work to attend grievance meetings with the Company's designated representatives for the purpose of settling any and all disputes as provided for herein) to handle grievances. If it is necessary for a partner representative to leave his job in order to handle a grievance with a partner, he shall not leave his job without first securing permission to do so from his immediate supervisor. The Company will inform the partners of their right to Union representation (i.e., Steward, Union Rep, etc.) to be present for

5

investigatory interviews that could lead to disciplinary action provided the Representative is reasonably available.

## Section 2

Should differences arise between the Company and the Union or between the Company and the Partners or should any local trouble of any kind arise in the plant, there shall be no strike, stoppage, slow-down, or suspension of work on the part of the Union, or lockout on the part of the Company on account of such disputes. Such differences shall be settled in accordance with the following procedure:

### FIRST STEP:

The aggrieved partner may present his grievance in writing, with or without the Union representative, to his/her Team Advisor or Team Leader. The partner will have seven (7) calendar days from his/her knowledge of the grievance to submit it. If the matter is not settled in seven (7) calendar days of the date it was submitted to the Team Advisor or Team Leader, the matter may proceed to the next step.

### SECOND STEP:

If not settled in the First Step, then the Union Representative, with or without the aggrieved partner, may present the grievance to an Operations Team Leader. If the matter is not forwarded to the Operations Team Leader within fourteen (14) calendar days following the initial filing of the grievance, the said grievance shall be considered withdrawn by the grievant and closed.

If submitted, it shall then become the duty of the parties above or their designees to meet and earnestly endeavor to reach a satisfactory settlement of the matter within fourteen (14) calendar days from when it was submitted to the Operations Team Leader. If not settled at the Second Step, the Company shall provide a written response to the grievance after the Second Step meeting within seven (7) calendar days.

### THIRD STEP:

If not settled at the Second Step, then the grievance committee of the Union, composed of not more than three (3) Union representatives, one (1) of whom shall be a partner, shall meet with the designated committee appointed by the Company, not to exceed three (3) in number, for the purpose of settling the grievance. Such meeting will be held within twenty-eight (28) calendar days of when the grievance was submitted to the Operations Team Leader.

### FOURTH STEP:

The Union shall have the authority to submit grievances to arbitration and to withdraw and settle grievances. When a settlement is reached, therefore, at any stage of the foregoing procedure, such settlement shall be final and binding. In the event that no decision is reached in the first three steps, either party may submit a request for an arbitration panel to the Federal Mediation and Conciliation Service (FMCS) within twenty (20) calendar days from the date of the step 3 meeting. The other party must be notified by FMCS or the Union office of such request. If such grievance is not submitted to the FMCS within this twenty (20) calendar day period, the grievance shall be considered withdrawn by the grievant, closed and not subject to any further review by any other forum.

6

The Union will also notify the Company in writing that they or a partner are withdrawing a grievance. The parties recognize the partner's right to appeal any decision not to arbitrate to the Executive Board of the Union, therefore, the Company and the Union agree to extend the time period referred to in the Fourth Step of this Article when necessary, to allow for the review of such decision. However, the Company must be notified of such an appeal during the fifteen (15) calendar day period following the Company's receipt of the Union's intent to withdraw the grievance. If such notice is not received during that timeframe the grievance shall be considered withdrawn, closed and not subject to any further review by any other forum.

If the matter is submitted and arbitrated, the arbitrator's decision shall be accepted as final and binding by both parties. In making his/her decision, the arbitrator shall be bound and governed by the provisions of this Agreement and restricted in her/his award to its application of the facts presented to him/her, which are involved in the grievance. To select the arbitrator, the party requesting arbitration shall submit a request to the FMCS (Federal Mediation and Conciliation Service) for a panel of nine (9) arbitrators. The parties shall, by process of elimination, select the arbitrator from the panel. For the first case to be heard by an arbitrator during the term of this contract, the Company will strike first a name from the panel. For all cases thereafter, the parties will alternate as to the first selection of a name to be struck from the panel. Either party may reject up to one full panel before the striking procedure begins. Striking or rejection of the panel must occur within thirty (30) calendar days of the receipt of such panel from the FMCS.

**Section 3**
As stated above, no grievance shall be processed under the procedure set forth in this Article unless presented by the partner or the Union to the Company within seven (7) calendar days of the aggrieved partner's knowledge of the occurrence which constitutes the basis for the grievance.

**Section 4**
The time periods described in the above sections of this Article may be extended but only by the specific, written agreement of the two parties. The costs of the arbitration (excluding both parties attorney's fees) shall be shared equally by the Company and the Union.

**Section 5**
~~Any partner receiving disciplinary action may request to have a Shop Steward present.~~

**Section 6**
Once a warning letter issued to a partner relating to absenteeism or tardiness is nine (9) months old or substandard job performance is twelve (12) months old, it will not be the basis or contributing factor for progressive discipline.

## ARTICLE 8 – SENIORITY

**Section 1**
Seniority shall be on a plant basis, starting with the date of hire by the Company, as set forth in the Seniority list supplied to the Union.

7

It is agreed that a partner's seniority will start with the date of hire by the Company on or after 9/29/80.

## Section 2
When considering partners for promotion and the filling of vacancies, the Company agrees that the partner having the greatest seniority will be given an opportunity to qualify for the job with the exceptions as stated in Article 9, Section 2.

## Section 3
Seniority shall be as follows:

(a) In laying off partners the Company will lay-off in inverse order of seniority, provided that those remaining are qualified for the remaining positions.

(b) Partners, who are able to work and who are not on vacation or leave of absence and who are not scheduled to work for non-disciplinary reasons for six (6) or more consecutive calendar days, will be considered to be on lay-off.

(c) Partners will be recalled from lay-off on the basis of seniority with the most senior partner to be recalled first, provided that the partner has the qualifications to fill the open position or successfully obtains qualifications within thirty (30) calendar days.

(d) Recall to work shall be by telephone and certified letter. Such letter shall be sent to the partner's last address shown on the Company's records. The partner must respond within three (3) calendar days of receipt of such notice. It is the partner's obligation to ensure that the Company has the correct address.

(e) All partners, except probationary partners, will be given a one-week notice or one week's pay in case of lay-off.

## Section 4
Seniority shall be based on service in the plant. Actual time on the payroll will be accumulated in determining partner's total seniority, subject to provisions of Section 6 of this Article.

## Section 5
A probationary period of ninety (90) days on the payroll shall apply in the case of each new partner during which he shall be considered a probationary partner and may be laid off without reference to seniority. There is no obligation to recall such partners. Probationary partners who are laid off and recalled within fourteen (14) calendar days shall receive credit toward their probationary period for the previous days worked. Probationary partners are not entitled to any fringe benefits under this Agreement.

## Section 6
The seniority of a partner will be considered broken, all rights forfeited, and there is no obligation to rehire when the partner:

(a) voluntarily leaves the service of the Company or is discharged for cause

8

(b) fails to return to work within seven (7) calendar days when recalled

(c) has not been actively employed by the Company for a twelve (12) month period or longer; is absent for two (2) or more consecutive scheduled days without notice to the Company; or fails to return from a leave of absence on schedule

## Section 7
The Company agrees to furnish the Union a seniority list once each period (13 times per year).

## Section 8
The Company agrees to notify the Union in writing of the discharge of a partner with seniority, stating therein the reasons for such discharge.

## Section 9
After a partner has obtained six (6) months seniority, a partner may express a shift preference. The Company will honor a partner's preference for a shift by seniority; however, no partner will be able to bump a partner during their first six (6) months of employment training period or job bid award. Changes to shift preference may be made once in a six (6) month period in all positions.

# ARTICLE 9 – JOB POSTING

## Section 1
Lead Person jobs will not be posted. However, in all other respects they will be treated the same as all other jobs under this Agreement.

## Section 2
Whenever a new job is created or a permanent job vacancy occurs, the job shall be posted for a period of three (3) non-weekend days. Such vacancy shall be bid by job and shift. Candidates will be considered and chosen based on their qualifications. These include seniority and documented knowledge, skill and ability reviewed by the Shop Steward. The Company will provide adequate training during the training period. If accepted by the Company and the partner during the training period, the job will become the partner's regular job classification. If not accepted by the Company during the training period, the partner will return to his/her prior job. If the partner decides that he or she does not want the job for any reason during the first thirty (30) calendar days of the training period, the partner can return to his/her former job classification. In the event the Company removes a partner during the training period, the Company along with the training operator, will review, with the partner and the Shop Steward, the reasons for returning him/her to his/her previous job. In the event the partner returns to his/her former job classification, the next qualified candidate on the original posting will be selected. If a job remains unfilled after it has been posted and all bidders considered or if there are no bidders for the job, the Company may fill the job by hiring. Documented performance achievements or problems will be considered along with other qualifications stipulated.

## Section 3

9

When a partner leaves a job in order to demonstrate his fitness for the job created by a vacancy as herein provided, the job left open may be filled by the Company at its option during the period of training. Any partner assigned to a job pursuant to this section shall not be allowed to bid down or laterally within a twelve (12) month period except by mutual consent of the Company and the Union. An operator wishing to become a production worker can elect a job after being in his/her bid for at least twenty-four (24) months. A partner making such a selection must remain a production worker for a minimum of twelve (12) months. If for verified medical reasons a partner cannot perform his/her bid job, he/she may elect a production worker job.

## Section 4
Partners who are absent from work for vacation shall have the right to be placed on the last posted job provided:

    a)  he or she is senior and is qualified;

    b)  he or she requests the job within 48 hours of returning to work; and

    c)  he or she was not contacted by the Company during the three (3) day posting.

A partner who is on leave due to illness/injury will be contacted by the Company and, if the partner expresses a desire for the job, will be placed on the job bid sheet in accordance with the procedure, provided the partner will be returning to work prior to twenty (20) calendar days from the date of the posting.

## Section 5
When jobs are combined, the partner with the most seniority of the partners performing the combined jobs will be considered for the new job subject to normal provisions of the Article regarding performing the work or learning the job.

## Section 6
When a partner is placed on a job through job posting, he shall be paid the rate of the job when he is judged capable of performing the job satisfactorily but no later than thirty (30) accumulated working days on the job. In the interim he shall be paid the rate of his former job assignment.

## Section 7
Once disqualified from a job, a person remains disqualified for a period of one (1) year unless he provides management additional information on improved skills, abilities, and experiences, which now enables him to capably perform the job.

## Section 8
The Company will use the job classifications as general descriptions of usual duties and for pay purposes. Assignment of a particular task to a classification does not mean that partners in other classifications may not be assigned that task. Work will be assigned consistent with the operational needs and judgment of the Company. Partners shall perform all work assigned, provided that Article 9, Section 9 is not violated.

### Section 9

If the Company moves a partner from his/her bided job to perform another job temporarily, they will move the least senior partner into that classification, provided the partner can perform the job that is to be performed.

# ARTICLE 10 – HOURS OF WORK

### Section 1

All partners who report to work on the first day of the week shall be guaranteed forty (40) hours of work in that week provided that they report to work for all scheduled hours in that work week. Holiday pay and vacation pay will count towards the guaranteed forty (40) hours of work.

All work in excess of eight (8) hours in any one day or forty (40) hours in any one week shall constitute overtime and shall be paid for at one and one-half (1½) times the regular rate of pay. After determining separately the compensation accruable under daily and weekly overtime, the greater amount only shall be paid but not both. There shall be no pyramiding of overtime.

### Section 2

Any partner who works seven (7) consecutive days in the workweek will receive two (2) times the partner's regular rate of pay for all hours worked on the seventh (7th) day.

One and one-half (1½) times the regular rate of pay shall be paid for all work performed on Sunday.

For the purpose of the Agreement, Sunday shall be defined at 20:00 Saturday through 20:00 Sunday.

### Section 3

All partners starting a scheduled day's work will be guaranteed four (4) hours of work for that day unless beyond the control of the Company. Maintenance partners called back into work after their shift or on a weekend will receive a minimum of four (4) hours pay.

A partner will be allowed a minimum of ten (10) hours between ending one shift and starting the next shift. Maintenance partners who are called in and partners who voluntarily participate in team meetings are exempted from this rule. All other partners coming in with less than ten (10) hours off will be paid one and one-half (1½) times regular rate of pay for hours worked.

### Section 4

Partners shall be entitled to two (2) paid fifteen (15) minute breaks during the workday. Such breaks shall be taken no sooner than two (2) hours nor more than three (3) hours after starting time or the lunch period. Partners shall be entitled to another fifteen (15) minute break if the partner is asked to work ten (10) or more hours. Partners shall be entitled to one (1) additional break if the partner is asked to work twelve (12) or more hours. A one-half (½) hour lunch period without pay shall be scheduled as nearly as possible to the middle of each workday. Anyone in lunchroom during paid break periods or lunch periods without being punched out on time card will be subject to discipline.

11

**Section 5**
All work over eleven (11) hours will be on a voluntary basis. Provided that after management has exhausted all methods to obtain volunteers, management will consult Shop Steward and least senior partner(s) will be required to work at two (2) times regular rate of pay.

**Section 6**
All partners will be notified before three (3) hours of their shift has elapsed if they are to work overtime that day. Each day's work shall be scheduled and the schedule shall be posted by 3:00 PM daily. For those partners not notified the Company will call beginning at 4:00 PM. A work schedule will be posted for partners working between the hours of 10:00 PM – 6:00 AM on a daily basis prior to leaving work. The Company will continue its current practice of requiring partners to work overtime on shorter notice if extenuating circumstances arise.

**Section 7**
The Company shall post the weekend work schedule by 2:00 PM on Thursday. The schedule will provide departments and names of partners needed to work on the weekend. Any changes to the weekend schedule after 12 noon on Friday are subject to the partner's approval.

**Section 8**
The Company will equalize overtime within a classification if the partners in the classification are qualified to perform the same tasks, the request to equalize is otherwise reasonable, and one of the partners requests that overtime be equalized. Overtime equalization requests can only be made on a proactive not retroactive basis and will be applied in thirty (30) calendar day increments.

# ARTICLE 11 – HOLIDAYS

**Section 1**
All regular Full-time Partners on the active payroll who have completed their probation period shall be paid for eight (8) hours at their straight time hourly rate of pay for the ten (10) holidays, provided they report for work and work the hours as ordered or the last scheduled day before and the first scheduled workday after the holiday unless absent by reason of illness (partner must see physician and obtain slip that states he/she is unable to work). The holidays are as follows:

| | |
|---|---|
| Anniversary Date | Labor Day |
| New Year's Day | 1-Floating Holiday |
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day |
| Partner's Birthday | Personal Holiday |

At the end of a calendar year a partner who has accumulated no absences, tardiness, or loss time injuries (except ones the partner could not have prevented) during the months he or she works will be entitled to one (1) extra Floating Holiday or an extra day's pay (eight [8] hours times rate).

12

If more than one partner on any shift has a birthday on the same day, the senior partner will be given their birthday as a holiday and other partners on that shift with the same birthday will be scheduled off either the workday before or the workday following their birthday holiday unless another day is mutually agreed upon by the partner and the Company.

### Section 2
If a holiday falls during a Partner's vacation period, the Partner may request eight (8) hours pay at his straight time hourly rate. The day to be taken off shall be mutually agreed upon by the Company and the Partner.

### Section 3
If one or more of the above holidays occur while a Partner is away on leave of absence for any reason, the Partner shall receive no pay for such holiday or holidays not worked.

### Section 4
Full-time Partners who have completed their probation period shall be paid two (2) times their regular rate of pay for all hours worked on scheduled holidays.

Partners who have not completed their probation period shall be at their regular straight-time hourly rate of pay for all hours worked on such holidays.

Hours not worked on a holiday shall not be included in the hours for which daily or weekly overtime is paid.

### Section 5
Hours worked on a holiday shall not be considered as work time in computing the additional compensation due, if any, under Article 10, Section 1 and 2.

### Section 6
If any Partner fails to report for work the hours as ordered on a holiday, he shall receive no pay for not working on the holiday.

### Section 7
If a holiday falls on Sunday and is nationally observed on Monday, then Monday is considered the holiday for the purpose of holiday pay.

If a partner's anniversary date or birthday falls on Saturday, it shall be celebrated on Friday.

## ARTICLE 12 – VACATIONS

### Section 1                          Eligibility Date
Partners covered by this Agreement shall be eligible for their first vacation on the first anniversary date of their first employment with the Company or subsequent date of employment following a break in service, whichever date is later, and yearly thereafter on each anniversary date.

13

**Section 2**                              **Length Of Vacation**

The length of the vacation will depend upon the partner's service as follows:

| | |
|---|---|
| 1 year of accumulated service - | (1) week of vacation |
| 2 years of accumulated service - | (2) weeks of vacation |
| 5 years of accumulated service - | (3) weeks of vacation |
| 12 years of accumulated service - | (4) weeks of vacation |
| 18 years of accumulated service - | (5) weeks of vacation |

(a) Partners will be scheduled off both the weekend before and after scheduled vacations.

**Section 3**                              **Vacation Pay**

All regular Full-time Partners, who have received at least twenty (20) biweekly paychecks during the year preceding their applicable eligibility date, shall be paid forty (40) hours at their regular straight-time hourly rate of pay or two percent (2%) of their earnings for time worked computed on the basis of regular rate of pay with applicable overtime for the calendar year preceding their applicable eligibility date (W-2 earnings), whichever is greater, for each week of vacation.

All other partners covered by this Agreement receiving less than twenty (20) biweekly paychecks during the year preceding their applicable eligibility date shall be paid two percent (2%) of their earnings for the time worked computed on the basis of regular rate of pay with applicable overtime for the calendar year preceding the applicable eligibility date (W-2 earnings) as vacation pay, or forty (40) hours at their straight time rate, whichever is greater. Such Partners will receive their vacation pay on or after the eligibility date if they are working for the Company or when they come back into employment during the year following this date.

**Section 4**                              **Service**

Service for the purpose of this vacation plan is defined as service unbroken by discharge, quit, failure to return to work when recalled in accordance with any applicable seniority provisions, or layoff for a period of twelve (12) months or longer.

**Section 5**

Vacations must be scheduled in advance in order to maintain a qualified work force. Between October 1 and February 1 only partners eligible for three (3) or more weeks vacation would be eligible to take one (1) week vacation, provided a maximum of one (1) person per classification could be off.

Partners having the greatest seniority shall be given preference as to the time, which the Company may allot for vacations. Vacations may not be accumulated by being carried past the next anniversary date and taken during the following anniversary year.

### Section 6
Partners, who quit or are discharged or otherwise separated from the payroll and have vacation earned which has not been taken by them, shall receive vacation pay as computed above. In case of death such pay shall be paid to the partner's estate or the person legally entitled.

### Section 7
Any partner who is eligible for two (2) weeks vacation may take one of those weeks one day at a time or for periods of less than one week. Any partner who is eligible for three (3) or more weeks of vacation may take two (2) of those weeks one day at a time or for periods of less than one week. Days to be taken must be at times mutually agreeable with the Company at the time the day is scheduled. Any vacation days not taken by year end will be paid out once earned upon request or in the last payroll of the year of the final year in which it could be used.

## ARTICLE 13 – LEAVES OF ABSENCE

### Section 1                                        Personal Leave
A leave of absence, without pay, may be granted for good and sufficient reason. A leave of absence shall not be granted for the purpose of allowing a partner to take another position temporarily, try out new work, or venture into business.

### Section 2                                         Union Leave
The Company agrees to grant the necessary time off, without pay and without loss of actual seniority, to any two (2) partners who are elected, appointed, or designated by the Union to attend a labor convention, training, or to serve in any capacity on legitimate official Union business, provided, however, that notification shall be given the Company in sufficient time to secure a relief partner for the job involved. The Union will provide at least fourteen (14) calendar days notice of such leave. Union leaves will only be granted, however, with the consent and approval of the Company and for a period not to exceed one (1) year.

The Chief Steward, stewards and alternate stewards will be granted up to two (2) days paid leave per calendar year to attend steward training. The Union also agrees to provide the Company at least fourteen (14) calendar days notice of such leave.

### Section 3                                        Funeral Leave
The Company will pay up to three (3) days, twenty-four (24) hours, at regular rate of pay for funeral leave for partners in case of death of mother, father, step mother, step father, mother-in-law, father-in-law, brother, sister, brother-in-law, sister-in-law, grandmother, grandfather, grandchildren, or stepchild (of current spouse). The Company will pay up to five (5) days, forty (40) hours, at the regular rate for the funeral leave in case of the death of spouse or children.

Partners who attend a funeral of a daughter-in-law or son-in-law will receive up to one (1) day pay, eight (8) hours, at regular rate of pay to attend said funeral.

15

No partner who works while there is a death in his or her family shall be compensated other than at the regular rate of pay and shall receive no gratuity pay.

**Section 4**                                                    **Military Service Leave**
No Partner shall sustain any loss of seniority under this Agreement as a result of voluntary or involuntary induction into the military service or where the Partner is required to participate in summer encampment or other military exercises.

**Section 5**                                                    **Jury Service Leave**
When a partner is absent from work to perform jury service, the Company will pay the regular rate of pay, for each hour of such absence up to eight (8) hours per day, less jury fees received by him for performing such service. When such partners report for jury service on a scheduled workday, they will not be required to report for work that particular day.

## ARTICLE 14 – BULLETIN BOARDS

An enclosed lockable bulletin board shall be provided by the Company for the posting of official Union notices, communications, business, and information regarding Union elections, etc. provided that such notices shall first be cleared with the Company.

## ARTICLE 15 – UNIFORMS & CLOTHING

**Section 1**
It is agreed that all equipment and other tools required in the course of the partner's work shall be furnished by the Company except maintenance hand tools. Company will replace all maintenance partner's hand tools broken on the job upon written request on a form provided by the Company specifying the tool and the cause for replacement.

**Section 2**
The Company will provide each partner uniforms as needed.

**Section 3**
The Company will require all partners to have approved safety footwear. Partners not wearing safety footwear during work hours will be subject to discipline. The Company will maintain a safety account for partners to be used for safety shoes, boots and prescription safety glasses subject to the following conditions:

All Full-time partners who have completed their probationary period are eligible to be reimbursed up to one hundred fifty dollars ($150) per calendar year for such purchases.

Partners who need to wear prescription eyewear will be eligible for an additional sixty dollars ($60) per calendar year or a total of two hundred and ten dollars ($210) per calendar year.

16

016

The partner will be reimbursed upon furnishing the Company proof of purchase of such items.

A partner may roll over his account balance from year to year if it is not depleted to a maximum of three hundred dollars ($300) plus the current year up to a maximum of four hundred fifty dollars ($450).

## ARTICLE 16 – LEGAL REGULATIONS

### Section 1
Nothing in this Agreement shall require the Company or the Union to take any action which will be unlawful by reason of any applicable present or future state or federal statute.

### Section 2
Each and every clause of this Agreement shall be deemed separable from each and every other clause of this Agreement in the event that any clause or clauses shall be in violation of any law, then and in such event, such clause or clauses, to the extent only that such may be so in violation, shall be deemed of no force and effect and unenforceable without impairing the validity and enforceability of the rest of the Agreement.

In the event that any Article or Section is held invalid or enforcement of or compliance with which has been restrained, as set forth above, the Company and the Union shall meet within thirty (30) calendar days of such to renegotiate any portions(s) that may have been made invalid or restrained by the law. Neither party will resort to any conduct prohibited by Article 4 in support of its demand.

## ARTICLE 17 – HEALTH AND WELFARE BENEFITS

### Section 1
For the term of this Agreement, the Company shall maintain a health and welfare program available to all Full-time bargaining unit partners effective with the terms described in the summary plan description which will provide the following level of benefits:
- Life insurance and AD&D (Accidental Death and Dismemberment) insurance with the levels described in the summary plan description in effect on 1/1/09.
- STD (Short Term Disability) insurance and LTD (Long Term Disability) insurance with the levels described in the summary plan description in effect on 1/1/09. Benefits are payable beginning with the first day of a disability caused by an accident, the fourth day of a disability if caused by sickness or, if earlier, the first day of hospital confinement. Benefits are payable for a maximum of twenty six (26) weeks per disability.
- Medical coverage with the provisions described in the attached Schreiber Foods, Inc. Comprehensive Health Plan, Exhibit 5A, and in the summary plan description in effect on 1/1/09.
- Dental Coverage with the levels described in the summary plan description in effect on 1/1/09.
- Vision Coverage with the levels described in the summary plan description in effect on 1/1/09.

### Section 2
The benefit levels and coverage are set forth in the summary plan description, which will be the controlling document. The Company shall retain the right to replace the health plan currently in effect

with another provided that such plan provides an equivalent level of benefit coverage. It is understood by both parties that equivalent level means not exactly equal and there may be some differences in benefits based upon issues such as Usual and Customary Review (UCR) determination, administration, Preferred Provider Organization (PPO's) provided, formularies, general exclusion differences, etc. Such plan may be insured or self-insured and provide for PPO's of similar size and scope. In the event the plan is self-insured, the rate will be determined by using a Monthly Premium Rate Equivalent which is the projected medical claims, prescription drug claims and administrative costs expected to be incurred by the Company for the following plan year in all its medical plans. These rates are established by tier (Single, Family, etc.) using common underwriting practices and calculations acceptable to the Company. The Union may review information related to the calculation of the Monthly Premium Rate Equivalent upon request. The Company will provide such information on a timely basis during the annual enrollment period.

## Section 3
The Company will continue medical coverage for one (1) month following the month of lay-off or six (6) months following the month a partner is absent because of a work or non-work related illness or injury.

## Section 4
The Company will pay the major cost of the current health insurance plan for partners and dependents. As of 1/1/09 the contributions partners will make toward medical coverage will be defined in Exhibit 5B.

In accordance with its role as Plan Sponsor, the Company will be responsible for all appropriate plan documentation and plan administration through the plan's Third Party Administrator. The plan document will govern all benefits and eligibility and will outline all procedures for claims appeal. It is the partner's responsibility to abide by the rules of this document and the procedures set forth by the Third Party Administrator. The Third Party Administrator is responsible for the administration of all claims in accordance with the Plan Document and the Company will not make any decision regarding the benefit plan inconsistent with this document or the documented procedures of the Third Party Administrator.

## Section 5
Effective 1/01/02, partners who have perfect attendance for eight hundred (800) consecutive hours worked will accrue one (1) day of unpaid sick leave. Effective 1/1/05 the accrual will be based on eighteen (18) consecutive weeks worked. Perfect attendance will be defined in accordance with the Company attendance policy. Accumulated sick days can be used in those situations where the partner is sick or injured and unable to work on any given assigned workday. Under no circumstances can a sick day be used for a "no call no show" situation. Such unpaid sick days will not be counted as an incident under the attendance policy nor will they count against perfect attendance. A partner can accumulate up to a maximum of four (4) days of unpaid sick leave. Any additional terms, provisions and/or administration necessary for the management of this program, except, as those stated herein, will be determined at the discretion of the Company subject to the grievance procedure.

18

## ARTICLE 18 – PENSION

It is hereby mutually understood that the Company has established effective 1/1/82, an Hourly Pension Plan that is intended to help the partner provide, together with Social Security and his personal savings, financial security at his retirement.

Effective for all hours worked after 1/1/02 by all participants in the applicable plan year, the Company will contribute twenty-five cents per hour (25¢/hour). Summary Plan descriptions have and will be distributed to all eligible partners. Partner participants will receive benefit statements annually. The terms and provisions of the Plan will be determined at the discretion of the Company and will include vesting and participation provisions, which are in compliance with ERISA requirements. Partners hired after 12/6/08 will not be eligible for this non-elective contribution. Partners who were eligible for this non-elective contribution on or before 12/6/08 will remain eligible as long as they remain employed. Effective 1/1/05, the Company will revise the loan provision of the plan. The loan provision will allow for participants to withdraw up to fifty percent (50%) of their vested amounts for any reason as long as such balance is at least $2,000 and the minimum amount of the loan is $1,000. Such loans will be subject to a loan origination fee as determined by the administrator, which as of 1/1/09 will be fifty dollars ($50).

Effective January 1, 1996, the Company will add a 401(k) feature, which will allow partners to make pre-tax contributions. Additionally, effective 12/6/08 the Company will match partner contributions according to the schedule below:

- Effective pay date of 12/25/08, the Company will match partner contributions $1 for $1 on the first 3% of partner contributions.
- Effective pay date of 10/15/09 and during each year thereafter for the remainder of this agreement, the Company will match partner contributions $1 for $1 on the first 4% of partner contributions.

## ARTICLE 19 – WAGE RATES - RATE STRUCTURE

Wage rates are as set forth in Exhibit I Wage Rate Schedule attached.

19

# ARTICLE 20 – TERM OF AGREEMENT

This Agreement shall take effect as of October 5, 2008 and shall remain in effect through October 6, 2012 and from year to year thereafter, provided, however, that this Agreement may be terminated on October 6, 2012 or on October 6th of any year thereafter by either party upon written notice mailed to the Company at Antioch, Tennessee or to the Union at Hermitage, Tennessee at least sixty (60) days prior to October 6, 2012 and any year thereafter.

**FOR THE UNION:**

**UNITED FOOD AND COMMERCIAL
WORKERS UNION, AFL-CIO, CLC**
LOCAL UNION #1995 – HERMITAGE, TN

_____
Greg Stallings

_____
Rick Major

_____
John Arnold

_____
Craig Coffey

_____
Gary Kiser

_____
Robert Underwood

**FOR THE COMPANY:**

**SCHREIBER FOODS, INC.**
4350 HURRICANE CREEK BLVD.
ANTIOCH, TN 37013

_____
David Coble

_____
William Merrick

_____
Charlie Duffey

20

## EXHIBIT 1 Wage Rate Schedule

The hourly wage rate for each partner shall be the applicable rate provided for in the following Wage Rate Schedule for the job which such partner performs:

| WAGE RATE SCHEDULE | | w/PFP | | w/PFP | | w/PFP | | w/PFP |
|---|---|---|---|---|---|---|---|---|
| | 12/6/08 | 12/6/08 | 10/4/09 | 10/4/09 | 10/3/10 | 10/3/10 | 10/2/11 | 10/2/11 |
| (A) Part-Time or Supplemental | $ 11.26 | $ 12.46 | $ 11.41 | $ 12.81 | $ 11.71 | $ 13.11 | $ 12.06 | $ 13.46 |
| (B) Full-Time Start Rate (1 - 90 days) | $ 11.89 | $ 13.09 | $ 12.04 | $ 13.44 | $ 12.34 | $ 13.74 | $ 12.69 | $ 14.09 |
| (C) Full-Time Intermediate Rate (91-180 days) | $ 12.30 | $ 13.50 | $ 12.45 | $ 13.85 | $ 12.75 | $ 14.15 | $ 13.10 | $ 14.50 |
| (D) Group One (Rate after 180 days) (Production Worker) | $ 13.29 | $ 14.49 | $ 13.44 | $ 14.84 | $ 13.74 | $ 15.14 | $ 14.09 | $ 15.49 |
| (E) Group Two  (Packaging Machine Operator, S/R Clerk) | $ 15.78 | $ 16.98 | $ 15.93 | $ 17.33 | $ 16.23 | $ 17.63 | $ 16.58 | $ 17.98 |
| (F) Group Three (Evaporator Operator, Separator Operator, Intake Operator, Chiller/ Packaging Machine Operator, Oiler/Greaser) | $ 15.88 | $ 17.08 | $ 16.03 | $ 17.43 | $ 16.33 | $ 17.73 | $ 16.68 | $ 18.08 |
| (G) Group Four  (Lab Technician, Relief Operator) | $ 15.99 | $ 17.19 | $ 16.14 | $ 17.54 | $ 16.44 | $ 17.84 | $ 16.79 | $ 18.19 |
| (H) Group Four (a) (Lab Technician >24 mo.) | $ 16.51 | $ 17.71 | $ 16.66 | $ 18.06 | $ 16.96 | $ 18.36 | $ 17.31 | $ 18.71 |
| (I)  Group Five  (Lead) | $ 16.95 | $ 18.15 | $ 17.10 | $ 18.50 | $ 17.40 | $ 18.80 | $ 17.75 | $ 19.15 |
| (J) Group Six  (Class A Mechanic) | $ 17.37 | $ 18.57 | $ 17.52 | $ 18.92 | $ 17.82 | $ 19.22 | $ 18.17 | $ 19.57 |
| (K) Group Six (a)  (Senior Mechanic) | $ 19.55 | $ 20.75 | $ 19.70 | $ 21.10 | $ 20.00 | $ 21.40 | $ 20.35 | $ 21.75 |
| (L) Group Seven (Electrician, Master Mechanic) | $ 20.80 | $ 22.00 | $ 20.95 | $ 22.35 | $ 21.25 | $ 22.65 | $ 21.60 | $ 23.00 |

021

## WAGE NOTES:

**Section 1**

1) The Company will pay to all eligible partners (eligibility defined as all active, Full-time or Supplemental partners who are on the payroll as of 12/6/08) seven hundred and fifty dollars ($750) less statutory deductions as a one-time, non-recurring bonus. Such payment will be made within fifteen (15) calendar days of contract ratification on a separate check provided that the contract is ratified by the membership on or before 12/6/08. Supplemental partners will receive the bonus at the completion of ninety (90) calendar days of service if not reached on or before 12/6/08. If the contract is not ratified by the membership by that date, the offer of a seven hundred and fifty dollar ($750) bonus will be withdrawn.

2) The Company retains the right to pay wages in excess of hourly rates stipulated herein providing the Company and the Union are in agreement.

3) The PFP (Pay for Performance) referred to in Exhibit 1 is forty cents (40¢) per hour toward the Safe Work pay for performance program effective 12/6/08. The PFP referred to in Exhibit 1 is 40¢ per hour toward the Food Safety pay for performance program effective 12/6/08. The PFP referred to in Exhibit 1 is forty cents (40¢) per hour toward the Plant Audit pay for performance program effective 12/6/08.

4) Effective 10/1/09 an additional ten cents (10¢) per hour will be allocated to the Safe Work pay for performance program. Effective 10/1/09 an additional ten cents (10¢) per hour will be allocated to the Food Safety pay for performance program. This will make the total for Safe Work fifty cents (50¢) per hour, the total for Food Safety fifty cents (50¢) per hour and the total for Plant Audit forty (40¢) per hour. Partners will receive this pay as long as they comply with the performance criteria of each program.

**Section 2**

If a partner is assigned for less than a full day (eight [8] hours or more) to a job paying a higher hourly wage rate, he shall receive the higher hourly wage for all hours spent on the higher rated job. If a partner is temporarily assigned a job paying a lower hourly wage rate, he shall receive the applicable rate for the job he normally performs.

**Section 3**

A night shift differential of fifty cents (50¢) per hour shall be paid for all hours worked between the hours of 6:00 PM and midnight and twenty-five cents (25¢) per hour shall be paid for all hours worked between the hours of midnight and 4:00 AM.

022

# EXHIBIT 2 Safework Certification

## OBJECTIVE

A safety incentive will be provided to all hourly partners who complete their work activities without a medical treatment accident or unsafe acts.

## ELIGIBILITY

All regular hourly Full-time, Part-time and Supplemental partners are eligible for this incentive.

## C        CATION

All hourly partners who do not incur a medical treatment accident are eligible for the Safework Certification.

partner having a Medical Treatment Accident (MTA) will not be eligible to receive the ayout for a time period of thirteen (13) weeks, effective the date of the incident. An hourly partner experiencing a Lost Time Accident (LTA) will be ineligible for fifty-two (52) weeks, effective the date of an accident. Also, partners who commit an unsafe act that warrants a written warning also are ineligible for the Safework incentive for thirteen (13) weeks. (For example, but not limited to: lock-out/tag-out violation, unsafe forklift driving, machine operation inattentiveness, etc.). In addition, a partner experiencing a LTA will incur an additional thirteen (13) weeks of lost incentive if they have a MTA prior to reinstatement of the incentive.

The Safework Certification incentive is designed to recognize safe behaviors by our partners. If an hourly partner incurs a medical treatment or lost-time accident, the accident will be evaluated by the accident investigation team to determine its probable cause. Such accident investigation team will be made up of equal numbers of management and hourly partners (preferably two each). At least one of the hourly team members will be a Union Committee member (but not the Chief Steward), and the other from the hourly workforce. This will rotate every twelve (12) months. Should the accident investigation team conclude the partner could not have prevented the accident, the decision must be approved by the Operations Team Leader before it is final. Should a partner be denied safe work pay by the Accident Investigation Team, or if the team deadlocks, the decision to withhold the safety pay will not be subject to the grievance and arbitration procedure, but the partner may within three (3) workdays of the decision or deadlock appeal the matter in writing on a form provided by the Company to the HR Team Leader and the Chief Steward. Should a partner still be denied the Safework pay, the partner may appeal the matter to the Plant Manager and the Union Business Agent within three (3) workdays of the decision or deadlock in the prior step. Should this meeting also result in deadlock, then upon request by the Union within three (3) workdays of the deadlock, the parties will by mutual agreement select a qualified neutral party based on the facts of the case to resolve the issue on a final and binding basis. The parties will seek a qualified individual from the insurance carrier or a local safety consulting firm or university who has experience in matters such as Food Safety, Safework and accident prevention, auditing food manufacturing systems, etc. (The parties will seek to identify such an individual to serve in the capacity for the term of the contract immediately following the ratification of this labor Agreement). Any cost of the third party will be shared equally. The third party will issue a bench decision without briefs being filed by either side, nor may either party be

represented by counsel. The partner will be informed of the reason(s) for the discontinuance of the Safework incentive bonus. If this review determines the partner is not at fault, the partner will retain his or her Safework incentive.

The safety award payout will be based upon the number of hours worked in a given pay period multiplied by the Safework pay hourly rate. The safety award payout will appear as a separate line item on a partner's check. It is the responsibility of the plant human resource function to inform plant payroll of additions or deletions to those partners who are eligible/ineligible for the safety award.

Medical Treatment Accident Definition: A medical treatment accident is defined as any accident in which medical treatment is administered at an external medical facility. A Lost Time Accident is any accident in which a partner is not able to perform work, which is available and must be accompanied by a physician's notification. (This does not include work performed while on restriction or the day on which the lost time accident occurred.)

## RECERTIFICATION

All partners remain certified as long as they remain accident-free.

# EXHIBIT 3 Food Safety Certification

## OBJECTIVE

To increase partner awareness concerning Food Safety and educate partners on why this issue is important. This training should guide and change behavior.

## ELIGIBILITY

All regular hourly Full-time, Part-time and Supplemental partners are eligible for this incentive.

## CERTIFICATION

Education requirements:

1.  Partners must attend the Food Safety training and pass the certification exam.

2.  The certification exam will consist of approximately one hundred (100) multiple-choice, true/false, and/or fill in the blank questions. The test will be closed book and requires a passing grade of eighty percent (80%). Help will be provided for partners with reading or language difficulties. Three versions will be used.

3.  Upon passing the certification exam, eligible partners will receive the certification pay for fifty-two (52) weeks for the first-time certification and two (2) years for re-certifications. (The line item on the check stub is called Safe Food.)

Performance requirements:

Partners who commit a violation of Food Safety work rules and warrant a written warning will be ineligible for the Food Safety incentive for a thirteen (13) week period. In addition, a partner that commits a Food Safety violation during this time will lose the incentive for an additional thirteen (13) weeks. Food Safety violations may include but are not limited to:

- Using tobacco, gum, or candy in unauthorized areas
- Failure to properly sanitize hands or use gloves where required
- Wearing jewelry
- Failure to wear hairnet or beard bag properly
- Failure to keep area clean
- Violating our plant shoe policy
- Eating or drinking in production areas
- Failure to perform Process Control Points (PCP's) related to Food Safety (example: Metal Detector Check, Cook Temperature Monitoring, Trailer Inspection, etc.)
- Failure to properly handle/store chemicals
- Failure to properly handle raw materials and ingredients

25

## RECERTIFICATION ELIGIBILITY

All partners who have been previously certified in Food Safety are eligible for recertification. At the beginning of year two a partner must re-take a different one hundred (100) question test from the bank of certification tests. Upon passing the recertification exam, eligible partners will receive the certification pay for two (2) years starting with the next pay period. After the second certification, partners may recertify with a fifty (50) question test.

## RECERTIFICATION EDUCATION REQUIREMENTS

1. A mandatory refresher training class will be offered annually and contain approximately fifteen (15%) new material.
2. The recertification exam will consist of fifty (50) multiple choice, true/false questions. The test will be closed book and require a passing grade of eighty percent (80%). The test will be required every other year.

026

# EXHIBIT 4 Plant Quality Audit Certification

## OBJECTIVE

The Nashville plant location will conduct Plant Audits to measure the effectiveness of plant partners in maintaining a facility, which exceeds customer, government and SFI standards for quality and sanitation requirements.

## ELIGIBILITY

All regular hourly Full-time, Part-time and Supplemental partners are eligible for this incentive.

## EDUCATION AND CERTIFICATION PROCEDURE

The plant shall be responsible for the administration of the Plant Quality Audit for its location. The inspection team shall be made up of qualified auditors. This will normally include the QA Team Leader and one additional management partner. In addition, it is encouraged to include hourly partners in the inspection as non-scoring members.

Plant inspections shall be unannounced and will normally occur once per period. (Additional inspections can occur at the discretion of the Plant Manager and will be counted toward the overall score for the period). The inspections shall consist of the following areas:

A.    Plant Housekeeping
B.    Sanitation Practices
C.    Plant Clean Up

The Plant Audit Guidelines shall serve as the structure for the audit. Each audit shall be plant specific in design although consistency in what is assessed will be maintained.

To remain eligible for the premium, the location must maintain a score of ninety percent (90%) for the quarter (add the score of all audits and divide by the number of audits conducted) and eighty percent (80%) or greater in ALL areas audited. Should the plant average fall below ninety percent (90%) on average for the quarter, or under eighty percent (80%) in any area the partners shall forfeit the premium for the following quarter. In order to be recertified, the plant must again average ninety percent (90%) or greater during the forfeited quarter (not below eighty percent (80%) in any particular area on the audit) as well as provide documentation of the actions taken to improve the areas which fell below eighty percent (80%) from the previous quarter to become eligible for the premium.

Plant audits shall be conducted, at random, each period. It is the responsibility of the Plant Manager to establish the audit schedule. The schedule shall remain confidential to all location personnel to provide an evaluation which is as close to on-going efforts as possible.

The results of each Plant Audit will be posted as well as discussed during team/plant meetings.

Periodic audits by Quality System personnel will be utilized to validate findings and to update or revise the audit score sheet. Quality Systems inspection results shall be counted towards the overall plant percentage for the quarter.

From time to time areas included within the audit may change. Changes to the audit will be communicated to partners PRIOR to the change taking place.

## PERFORMANCE

The inspection team will focus on tape on equipment, unlabeled containers, non-food grade lubricants, pesticides, and improperly stored food-contact utensils. When an area is found to be in violation of any of these good manufacturing practices an automatic zero will be scored in the housekeeping category for that area. In the event that more than one violation is found in an area, the entire area score will be zero.

The Hazard Analysis and Critical Control Points (HACCP) program will appear as a line item on the audit score sheet of each department. The HACCP program line item will either score a two or a zero, (a score of one (1) cannot be given) depending on whether or not the HACCP program is in compliance in that department.

All areas with zero (0) scores will be averaged with the overall plant score in the normal manner.

28

## EXHIBIT 5-A Comprehensive Health Plan

| Benefit | Coverage |
|---|---|
| Exhibit 5-A<br>Schreiber Foods, Inc.<br>Comprehensive Standard Health Plan<br>Effective 1/1/09 | |
| *Medical* | |
| Eligibility | 1st day following 30 days of employment |
| Plan Type | PPO |
| Deductible | $250 Individual In network<br>$500 Family Out of network |
| Coinsurance | 90% In network<br>70% Out of network |
| Maximum Out of Pocket (excludes deductible and co-pays) | $1,000 (individual)/$2,000 (family) In network<br>$2,000 (individual)/$4,000 (family) Out of network |
| Office Visit Co-pay | $15 in network after deductible |
| ER Co-pay | $75 |
| Rx Co-pay | $1 generic statins<br>$8 generic<br>$20 brand in formulary<br>$40 non-formulary<br>20% to max of $100 for specialty drugs<br>Additional supply and savings possible via mail order |
| Maximum Benefit | $1,000,000 |
| Limitations and Exclusions | Plan will be subject to the same benefit limitations (i.e. home health care, outpatient nursing, etc.) and exclusions as the current Schreiber plan. |
| Working Spouse Provision "Coat-Tail Coverage" | This applies if your spouse is eligible for medical coverage through another Company. Enrolling your spouse in the Company sponsored medical option when other coverage is available will raise the cost of your medical coverage considerably. For partners with working spouses who have access to medical coverage, cost for coverage on the spouse, "the coat-tail surcharge" and other details are specified in Exhibit 5B. |

- Effective 1/1/09, partners will be converted to Schreiber coverage plans for Medical, Dental, Vision, STD, LTD and AD&D as described in the Summary Plan Descriptions (SPD).

- For 2009, all Eligible partners and spouses will receive Tier A incentives regardless of any HLP assessment score for 2009. To be eligible, the partner and spouse (if electing coverage) must comply with the HLP requirements which include an annual health screen.

- For 2010, all Eligible partners and spouses will receive the incentive associated with their HLP assessment score for 2010. To be eligible, the partner and spouse (if electing coverage) must comply with the Healthy Lifestyle Program (HLP) requirements which include an annual health screen and a required Health Improvement Activity. A High Deductible Plan (HDP) is available for those who decline to participate in the HLP screen. The Nashville Tiers will be based on a modified structure for this year only as follows:

  Tier A = 88-100
  Tier B = 68-87
  Tier C = 48-67
  Tier D = 47 or less

- For 2011 and 2012, all Eligible partners and spouses will receive the incentive associated with their HLP assessment score for 2011 and 2012, respectively. To be eligible, the partner and spouse (if electing coverage) must comply with the Healthy Lifestyle Program (HLP) requirements which include an annual health screen and a required health improvement activity. A High Deductible Plan (HDP) is available for those who decline to participate in the HLP screen. The Nashville Tiers will be based on the total company tier structure for these years as follows:

  Tier A = 88-100
  Tier B = 74-87
  Tier C = 61-73
  Tier D = 60 or less

- The Working Spouse "Coat-Tail Coverage" Surcharge for Coverage - To make the medical plan more affordable for everyone, the Company limits coverage for spouses covered by another Company's plan. If your spouse is eligible for Medical coverage through another Company, he/she should take advantage of that coverage. Enrolling your spouse in the Company sponsored medical option when other coverage is available will raise the cost of your medical coverage considerably. If the "coat-tail" surcharge applies to you, you must advise the HR Department as soon as it applies to you. However, if your spouse's Company sponsored Medical coverage requires that he/she pay the full cost of the coverage, the Company will waive this "coat-tail surcharge" requirement upon the receipt of proper documentation. For partners with working spouses who have access to other Medical coverage but are covered under the Partner + Spouse or Family option, the coat-tail surcharge as described above is:

  Monthly = $152 or Bi-weekly = $70

31

030