IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN ARNOLD, SID EDWARDS, CARLON FINLEY, and ROBERT UNDERWOOD, on behalf of themselves and all others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 3:09-cv-00744<br>Judge Trauger |
| SCHREIBER FOODS, INC., ) ) | |
| Defendant. ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment by defendant Schreiber Foods, Inc. (Docket No. 33) is **GRANTED IN PART** and **DENIED IN PART**. The plaintiffs cannot recover for time spent donning and doffing their uniforms, so that portion of their claim is dismissed. The plaintiffs' claim remains only to the extent that they seek to recover for (1) time spent sanitizing their boots, (2) pre-shift time after donning hairnets, beard nets, and earplugs, but before clocking in, and (3) post-shift time after clocking out, but before doffing uniforms.

It is so Ordered.

Entered this 1st day of February 2010.

_____
ALETA A. TRAUGER
United States District Judge