# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN ARNOLD, SID EDWARDS, CARLON FINLEY, and ROBERT UNDERWOOD, ) ) ) | |
| ) | Civil No. 3:09-0744 |
| Plaintiffs, ) | Judge Trauger |
| ) | |
| v. ) | |
| ) | |
| SCHREIBER FOODS, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

The plaintiffs have filed a Response to Defendant's Second Motion For Summary Judgment, which states that the plaintiffs "do not oppose" the motion and do not oppose the dismissal of the case in its entirety, "in the interest of judicial economy and efficiency." (Docket No. 65)

Based upon the plaintiffs' expressed position, it is hereby **ORDERED** that the defendant's Second Motion For Summary Judgment (Docket No. 61) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. Entry of this Order shall constitute the Judgment in this action.

It is so **ORDERED**.

ENTER this 10th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge